IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GRICEL ECHAVARRIA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 05-061-MJR |
| | ) |
| **JOHN ASHCROFT,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Plaintiff, an inmate in the Federal Prison Camp in Greenville, Illinois, brings this action to challenge the Bureau of Prisons's ("BOP") new regulations regarding assignment in a Community Corrections Center ("CCC"); she alleges that these regulations violated the notice and comment period requirement of the Administrative Procedure Act ("APA"), that the BOP's change in policy reflects an illegal interpretation of the new rules, and the application of this rule violated her rights under the Fifth Amendment. Among the various bases for jurisdiction, Plaintiff invokes the Administrative Procedures Act (APA), 5 U.S.C. § 551 *et seq*, which was recently declared to be the proper method by which to raise such a challenge. *See Richmond v. Scibana*, 387 F.3d 602, 605-06 (7th Cir. 2004). The Court notes that Plaintiff is represented by counsel, and Defendants have already been served with a copy of the complaint.

**IT IS THEREFORE ORDERED** that Defendants shall timely file an appropriate responsive pleading to the complaint, and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

Pursuant to Local Rule 72.1(a)(2), this cause is **REFERRED** to a United States Magistrate Judge for further pre-trial proceedings.

Further, this entire matter is hereby **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED this 27st day of May, 2005.**

        **s/ Michael J. Reagan**
        **MICHAEL J. REAGAN**
        **United States District Judge**